Generated: Jun 16, 2025 9:48AM                                                                                          Page 1/1



# U.S. District Court

## Texas Western - Waco

Receipt Date: Jun 16, 2025 9:48AM

Odie L Dancer
215 Washington Ave #226C
Waco, Tx 76701

| Rcpt. No: 1908 | Trans. Date: Jun 16, 2025 9:48AM | | | Cashier ID: #CA (6143) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | : | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #298047011005 | 06/14/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments:** Dancer vs Amazon Web Services et al 625cv252

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov