**FILED**

August 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____cap_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ODIE L DANCER. ) | |
|    Plaintiff, ) | No. 6:25-cv-00252-KC |
| v. ) | |
| AMAZON WEB SERVICES, INC., et al., ) | NOTICE OF VOLUNTARY DISMISSAL |
|    Defendants ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Odie L. Dancer, hereby voluntarily dismisses this action without prejudice pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  8/15/2025                                                                                       Respectfully submitted,

*[signature]*

Odie L. Dancer (Pro Se)
251 Washington Ave # 226C
Waco, TX 76701
510-393-2271
info@pathwaypartners.org